William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Cameron J. Gibbs (State Bar No. 346524)
cgibbs@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Byer California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>BYER CALIFORNIA,<br><br>Defendant. | Case No. 3:24-cv-03698<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Byer California ("Byer") makes the following disclosures:

There is no corporation that is a parent corporation of Byer.

There is no publicly held corporation that owns 10% or more of Byer's stock.

Dated: April 21, 2025                    FARELLA BRAUN + MARTEL LLP

                                         By:    /s/ Cameron J. Gibbs
                                                Cameron J. Gibbs

                                         Attorneys for Defendant Byer California

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 - Case No. 3:24-cv-03698