William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Cameron J. Gibbs (State Bar No. 346524)
cgibbs@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant Byer California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. VERITY INVESTIGATIONS, LLC,<br><br>Plaintiff/Relator,<br><br>vs.<br><br>BYER CALIFORNIA,<br><br>Defendant. | Case No. 3:24-cv-03698<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 6-1, Plaintiff and Relator Verity Investigations, LLC and Defendant Byer California hereby stipulate and agree as follows:

WHEREAS, on June 20, 2024, Relator, an investigatory firm, filed its original *qui tam* Complaint under seal. *See* Dkt. 1;

WHEREAS on March 28, 2025, Relator filed its First Amended Complaint. *See* Dkt. 13;

WHEREAS on July 25, 2025, Relator filed its Second Amended Complaint. *See* Dkt. 32;

WHEREAS, the deadline for Defendant to respond to the Second Amended Complaint is November 10, 2025. *See* Dkt. 37; and

WHEREAS extending the current deadline to respond to the Second Amended Complaint will not alter the dates of any events or deadlines already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Relator Verity Investigations, LLC and Defendant Byer California, that Defendant shall have until

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. 3:24-cv-03698

45771\20692073.1

December 10, 2025 to respond to the Second Amended Complaint.

Date:  October 27, 2025

By:     /s/ Cameron J. Gibbs
William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Cameron J. Gibbs (State Bar No. 346524)
cgibbs@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant BYER CALIFORNIA

Date:  October 27, 2025

By:     /s/ Shauli Bar-On
Stephen Shackelford (*pro hac vice*)
Steven M. Shepard (*pro hac vice*)
Shauli Bar-On (356650)
Susman Godfrey L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
sbar-on@susmangodfrey.com

Oleg Elkhunovich (269238)
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
oelkhunovich@susmangodfrey.com

Attorneys for Relator VERITY INVESTIGATIONS, LLC

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. 3:24-cv-03698

2

45771\20692073.1

# ECF ATTESTATION

I, Cameron J. Gibbs, am the ECF User whose ID and password are being used to file the STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from each of the other signatories, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: October 27, 2025                                        FARELLA BRAUN + MARTEL LLP

By:      /s/ Cameron J. Gibbs
            Cameron J. Gibbs

Attorneys for Defendant BYER CALIFORNIA

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. 3:24-cv-03698

3

45771\20692073.1