Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen Shackelford, Jr. (*pro hac vice*)
Steven M. Shepard (*pro hac vice*)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
sbar-on@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*


William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Cameron J. Gibbs (State Bar No. 346524)
cgibbs@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant Byer California*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br><br> VERITY INVESTIGATIONS, LLC <br><br> Plaintiff/Relator, <br><br> vs. <br><br> BYER CALIFORNIA, <br><br> Defendant. | Case No. 3:24-CV-03698 <br><br> **JOINT STIPULATION OF DISMISSAL** |

# JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff/Relator Verity Investigations, LLC and Defendant Byer California, by and through undersigned counsel, hereby stipulate that Plaintiff/Relator's action is to be dismissed in its entirety with prejudice as to Plaintiff/Relator and without prejudice as to the United States.

The United States has informed the Parties that it consents to the dismissal and will file its consent in writing.

Date: February 20, 2026

Respectfully submitted,

By: /s/ William P. Keane
William P. Keane (State Bar No. 124756)
wkeane@fbm.com
Cameron J. Gibbs (State Bar No. 346524)
cgibbs@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Defendant Byer California*

By: /s/ Shauli Bar-On
Oleg Elkhunovich (269238)
oelkhunovich@SusmanGodfrey.com
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Stephen Shackelford, Jr. (*pro hac vice*)
Steven M. Shepard (*pro hac vice*)
Shauli Bar-On (356650)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
sbar-on@susmangodfrey.com

*Attorneys for Relator Verity Investigations, LLC*