CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7180
    Facsimile: (415) 436-6748
    Michelle.Lo@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,<br><br>    Plaintiff/Relator,<br><br>  v.<br><br>BYER CALIFORNIA,<br><br>    Defendant. | CASE NO. 24-CV-03698-CRB<br><br>**UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL** |

On February 20, 2026, Plaintiff-Relator Verity Investigations, LLC and Defendant Byer California filed a Joint Stipulation of Dismissal dismissing this action in its entirety with prejudice as to Plaintiff-Relator and without prejudice as to the United States. Dkt. No. 42.

Pursuant to the False Claims Act, this action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). The United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice as to the United States, based on the determination that such a dismissal is commensurate with the public interest.

Dated: February 20, 2026             CRAIG H. MISSAKIAN
                                                    United States Attorney

NOTICE OF CONSENT TO DISMISSAL
No. 24-cv-03698-CRB

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Michelle Lo*
Michelle Lo
Assistant United States Attorney

Counsel for the United States of America

NOTICE OF CONSENT TO DISMISSAL
No. 24-cv-03698-CRB

2